UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ROSE TOBIN,

        Plaintiff,                    Case No. 1:24-cv-01012-JMB-RSK

v.                                   Hon. Jane M. Beckering

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

        Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above-captioned case was filed in this court on September 26, 2024. The case has been assigned to Jane M. Beckering.

                                              CLERK OF COURT

Dated:  September 26, 2024        By:   /s/ E. Siskind
                                                      Deputy Clerk